UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| NICHOLAS DOMINIC BLAKE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> COMMISSIONER OF SOCIAL ) <br> SECURITY, ) <br> ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 2:24-CV-23-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the Order entered on May 14, 2025 [D.E. 16], the court ADOPTS the conclusions in the M&R [D.E. 15], and GRANTS Blake's motion for judgment on the pleadings, VACATES the ALJ's decision, and REMANDS to the Acting Commissioner of Social Security for further consideration.

This Judgment filed and entered on May 14, 2025, and copies to:
Counsel of record for the parties (via CM/ECF electronic notification)

May 14, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk